■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. MERCOGLIANO, Appellant.—Judgment of the Supreme Court, Nassau County,

rendered April 4, 1975, affirmed (see *People v Darson,* 48 AD2d 931). Hopkins, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ. concur.